**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MINISTER JOSHUA ORSO, et al., | |
| Plaintiffs, | CIVIL ACTION NO. 4:25-cv-02537 |
| v. | (SAPORITO, J.) |
| SOUTH WILLIAMSPORT BOROUGH, et al., | |
| Defendants. | |

**ORDER**

Now before the court is a report and recommendation of Chief United States Magistrate Judge Daryl F. Bloom, in which he recommends that the plaintiff's pro se civil rights complaint[1] be dismissed, but with leave to file an amended complaint. Doc. 9.

Judge Bloom recommends that the plaintiff's federal civil rights claims be dismissed for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and that the court decline to exercise jurisdiction over the plaintiff's supplemental state-law

[1] We note that the only party to sign the complaint is the plaintiff, Minister Joshua Orso, appearing pro se. Although the complaint purports to assert claims on behalf of Orso's minor children as well, these claims are asserted on their behalf by Orso in his capacity as their father.

claims, pursuant to 28 U.S.C. § 1367(c)(3). He further recommends, however, that the plaintiff be granted an opportunity to cure any defects by filing an amended complaint following dismissal of his original complaint. Judge Bloom also recommends that all other pending motions be denied.

No objections have been filed to the report and recommendation, resulting in forfeiture of de novo review by this court. *See Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007); *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987).

Following an independent review of the report and the record, and having afforded "reasoned consideration" to the uncontested portions of the report, *E.E.O.C. v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017), we are satisfied "that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b) advisory committee note to 1983 amendment. We find Judge Bloom's analysis to be well-reasoned and fully supported by the record and applicable law. Accordingly, the court will adopt the report and recommendation in its entirety as the decision of the court.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The report and recommendation of Judge Bloom (Doc. 9) is

**ADOPTED**;

2. To the extent the pro se complaint (Doc. 1) asserts federal civil rights claims under 42 U.S.C. § 1983, those claims are **DISMISSED** for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

3. To the extent the pro se complaint (Doc. 1) asserts supplemental state-law claims, those claims are **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1367(c)(3);

4. The pending pro se motions to compel (Doc. 4), for adverse inference and spoliation sanctions (Doc. 5), for alternative service (Doc. 6), for preservation of evidence (Doc. 7), and for expedited discovery (Doc. 8) are **DENIED without prejudice**;

5. The plaintiff is granted leave to file an amended complaint **within twenty-one (21) days** after entry of this order; and

6. In the absence of a timely filed amended complaint, the clerk shall mark this case as **CLOSED**.

Dated: September 21, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge